AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail Parcel Addressed To:<br>"N. Fulgueira 1545 W River Ln. Tampa, FL 33603"<br>Parcel Tracking No. EG 806823109 | )<br>)<br>)   Case No.  MJ13-119<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:
Express Mail Parcel addressed to "N. Fulgueira 1545 W River Ln. Tampa, FL 33603" from "M. Richmond 509 23rd Ave S Seattle, WA 98122"- Parcel Tracking No. EG 806823109, more fully described in 'Attachment A', attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Please see 'Attachment B', attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ____March 14, 2013____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Any United States Magistrate Judge____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: March 1, 2013 3:30pm

City and state: Seattle, Washington

_____
Judge's signature

James P. Donohue, United States Magistrate Judge
*Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 190134 0 | 1 MAR 13 5:20 pm | USPS |

Inventory made in the presence of : Inspector Bega

Inventory of the property taken and name of any person(s) seized:

100 grams of Marijuana

N.F.C.
1/28/13.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1 MAR 13

3/28/2013

James P. Donohue

_____
Executing officer's signature

Nilsang Rivera, Postal Inspector
Printed name and title